# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: **08 M5 1217** |
| **Steve Miller, Bill Wesley, et al. v. National City Corporation, et al.** | FILED: JULY 15, 2008<br>08CV4016<br>JUDGE LEFKOW<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

**Defendants: National City Corporation, National City Bank d/b/a National City Mortgage, and National City Mortgage Company**

| | |
|---|---|
| NAME (Type or print)<br>**Michael J. Gray** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Michael J. Gray | |
| FIRM<br>**JONES DAY** | |
| STREET ADDRESS<br>**77 West Wacker Drive, Suite 3500** | |
| CITY/STATE/ZIP<br>**Chicago, IL 60601-1692** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  **6210880** | TELEPHONE NUMBER  **(312) 782-3939** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")    **Y** | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")    **Y** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")    **Y** | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")    **Y** | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br>RETAINED COUNSEL                    APPOINTED COUNSEL | |