# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Steve Miller, Bill Wesley, et al. v. National City Corporation, et al.

Case Number: 08 M5 1217

FILED: JULY 15, 2008
08CV4016
JUDGE LEFKOW
MAGISTRATE JUDGE DENLOW

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Defendants: National City Corporation, National City Bank d/b/a National City Mortgage, and, National City Mortgage Company

| | |
|---|---|
| NAME (Type or print) **Brent D. Knight** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) **s/Brent D. Knight** | |
| FIRM **Jones Day** | |
| STREET ADDRESS **77 W. Wacker Drive, Suite 3500** | |
| CITY/STATE/ZIP **Chicago, Illinois 60601** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **6257108** | TELEPHONE NUMBER **312-782-3939** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") **N** | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") **Y** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") **N** | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") **N** | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. RETAINED COUNSEL         APPOINTED COUNSEL | |