**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 M5 1217 |
| Steve Miller, Bill Wesley, et al. v. National City Corporation, et al. | FILED: JULY 15, 2008<br>08CV4016<br>JUDGE LEFKOW<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Defendants: National City Corporation, National City Bank d/b/a National City Mortgage, and National City Mortgage Company

---

NAME (Type or print)
**Rheaana Towner Guess**

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/Rheaana Towner Guess

FIRM **Jones Day**

STREET ADDRESS **77 West Wacker Drive, Suite 3500**

CITY/STATE/ZIP
**Chicago, IL  60601-1692**

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **6284151** | TELEPHONE NUMBER **(312) 782-3939** |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   N

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL             APPOINTED COUNSEL