FILED: JULY 15, 2008
08CV4016
JUDGE LEFKOW
MAGISTRATE JUDGE DENLOW
PH

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** STEVE MILLER, BILL WESLEY, JANE KRANZ, KATHI YARBOROUGH, SANTIAGO RESTREPO, JAMES SALVATORI, SCOTT LYNCH, MAUREEN SCHECHTMAN, KEVIN WILLIAMS, TERRY WARD, LIDIA BRAVO, LILIYA KRASILNIKOVA, TOM MARTELLO, CARLOS RESTREPO, LOUISE SKINIOTES, ALEXANDER SKINIOTES, BRIAN PATTERSON AND CLIFF ASBURY

**Defendant(s):** NATIONAL CITY CORPORATION, NATIONAL CITY BANK D/B/A NATIONAL CITY MORTGAGE AND NATIONAL CITY MORTGAGE COMPANY,

County of Residence:

County of Residence:

Plaintiff's Atty: Alan Bruggerman
Bruggerman Hurst & Associates, PC
20012 Wolf Road, Suite 200
Mokena, Il 60448
708-478-6900

Defendant's Atty: Michael Gray, Brent Knight and Rheaana Guess
Jones Day
77 West Wacker, Suite 3500
Chicago, IL 60601
312-782-3939

**II. Basis of Jurisdiction:** 4. Diversity (complete item III)

**III. Citizenship of Principal Parties** (Diversity Cases Only)
Plaintiff:- 1 Citizen of This State
Defendant:- 5 Non IL corp and Principal place of Business outside IL

**IV. Origin :** 2. Removed From State Court

**V. Nature of Suit:** 430 Banks & Banking

**VI. Cause of Action:** 28 U.S.C. Section 1441: Defendants remove the State Court Lawsuit based on diversity of citizenship

**VII. Requested in Complaint**
Class Action: No
Dollar Demand: injunctive relief in excess of $75,000
Jury Demand: No

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: _[signature]_

Date: 7/15/08

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**   Revised: 06/28/00