IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVE MILLER, BILL WESLEY, JANE KRANZ, KATHI YARBOROUGH, SANTIAGO RESTREPO, JAMES SALVATORI, SCOTT LYNCH, MAUREEN SCHECHTMAN, KEVIN WILLIAMS, TERRY WARD, LIDIA BRAVO, LILIYA KRASILNIKOVA, TOM MARTELLO, CARLOS RESTREPO, LOUISE SKINIOTES, ALEXANDER SKINIOTES, BRIAN PATTERSON, and CLIFF ASBURY,<br><br>    Plaintiffs,<br><br>vs.<br><br>NATIONAL CITY CORPORATION, NATIONAL CITY BANK d/b/a NATIONAL CITY MORTGAGE, and, NATIONAL CITY MORTGAGE COMPANY<br><br>    Defendant. | No: 08 CV 4016<br><br>Judge Lefkow<br>Magistrate Judge Denlow |

## NOTICE OF MOTION

To: Michael J. Gray
   Jones Day
   77 West Wacker, Suite 3500
   Chicago, IL 60601
   T: (312) 782-3939
   F: (312) 782-8585

**YOU ARE HEREBY NOTIFIED** that on **July 24, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable presiding Judge, Courtroom 1925, in the United States District Court, Eastern Division Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 and then and there present:

**Motion for Injunctive Relief**

a copy of which is enclosed, at which time you may appear if you so desire.

          BRUGGEMAN, HURST & ASSOCIATES, P.C.

          By:/s/ Alan R. Bruggeman
            One of Plaintiffs' Attorneys

BRUGGEMAN, HURST & ASSOCIATES, P.C.
Alan R. Bruggeman, ARDC No.: 324183
Attorney for Plaintiffs
20012 Wolf Road, Suite 200
Mokena, Illinois 60448
(708) 478-6900

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he/she mailed a copy of the foregoing Notice of Motion and Motion for Injunctive Relief to:

Michael J. Gray
Jones Day
77 West Wacker, Suite 3500
Chicago, IL 60601
T: (312) 782-3939
F: (312) 782-8585

by depositing a copy of same personally in the United States mail at Mokena, Illinois properly addressed to said attorney with proper postage affixed thereto on the 18th day of July, 2008.

The undersigned further certifies that a copy of the foregoing instruments were served upon the attorneys of record of all parties to the above cause as disclosed by the pleadings of record herein, by telefax to (312) 782-8585.

/s/ Kristy Ledvina

SUBSCRIBED AND SWORN TO

before me this _____ day

of July, 2008.

\_\_\_/s/ Laura Golden
    Notary Public