IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVE MILLER, BILL WESLEY, JANE KRANZ, KATHI YARBOROUGH, SANTIAGO RESTREPO, JAMES SALVATORI, SCOTT LYNCH, MAUREEN SCHECHTMAN, KEVIN WILLIAMS, TERRY WARD, LIDIA BRAVO, LILIYA KRASILNIKOVA, TOM MARTELLO, CARLOS RESTREPO, LOUISE SKINIOTES, ALEXANDER SKINIOTES, BRIAN PATTERSON AND CLIFF ASBURY, <br><br>       Plaintiffs, <br><br>   v. <br><br> NATIONAL CITY CORPORATION, NATIONAL CITY BANK D/B/A NATIONAL CITY MORTGAGE AND NATIONAL CITY MORTGAGE COMPANY, <br><br>       Defendants. | Case No. 08-CV-4016 <br><br> Judge: Joan H. Lefkow <br><br> Magistrate Judge: Morton Denlow |

NOTICE OF DEFENDANTS' MOTION
FOR A PRESERVATION AND INSPECTION ORDER

To:

    Alan Bruggerman
    Bruggerman, Hurst & Associates, PC
    20012 Wolf Road, Suite 200
    Mokena, Illinois, 60448

    PLEASE TAKE NOTICE THAT on Thursday, July 24, 2008, at 9:30a.m., or as soon

thereafter as counsel may be heard, we will appear before the Honorable Judge Joan H. Lefkow

CHI-1660255v1

in Courtroom 1925 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois, and then and there present **Defendants' Motion For A Preservation and Inspection Order**, a copy of which is herewith served upon you.

Dated: July 21, 2008

Respectfully submitted,

s/ Michael J. Gray
Michael J. Gray (IL Bar No. 06210880)
E-mail: mjgray@jonesday.com
Brent D. Knight (IL Bar No. 6251708)
E-mail: bknight @jonesday.com
Rheaana Towner Guess (IL Bar No. 6284151)
E-mail: rguess@jonesday.com
JONES DAY
77 West Wacker, Suite 3500
Chicago, IL  60601-1692
Telephone:    (312) 782-3939
Facsimile:    (312) 782-8585

Attorneys for Defendants
National City Corporation, National City Bank
and National City Mortgage Company

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that she caused a true and correct copy of the foregoing **Notice of Defendants' Motion for a Preservation and Inspection Order** to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record on July 21, 2008.

        Alan Bruggerman
        Bruggerman, Hurst & Associates, PC
        20012 Wolf Road, Suite 200
        Mokena, Illinois, 60448


        s/ Rheaana Towner Guess
        Rheaana Towner Guess