UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Steve Miller, et al.
                      Plaintiff,

v.                                     Case No.: 1:08−cv−04016
                                     Honorable Joan H. Lefkow

National City Corporation, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Motion hearing held on 7/24/2008. Plaintiffs' motion for injunctive relief [12] set for hearing on 7/31/2008 at 01:30 PM. Defendants' motion for a preservation and inspection order [15] is continued to 7/31/2008 at 1:30 p.m.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.