# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Steve Miller, et al.

                          Plaintiff,

v.                                                 Case No.: 1:08−cv−04016
                                                                Honorable Joan H. Lefkow

National City Corporation, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Motion hearing held on 7/31/2008 on plaintiffs' motion for injunctive relief [12] and defendants' motion for a preservation and inspection order and continued to 8/26/2008 at 11:00 AM. Draft order to be submitted by parties to chambers.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.