# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number: (312) 269-4071
rguess@jonesday.com

JP011198:amr
497470-210026

August 13, 2008

**VIA ELECTRONIC FILING**

Clerk of the Northern District of Illinois
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

    Re:    <u>Miller v. National City, Case No. 08-CV-4016</u>

To Whom It May Concern:

    On July 15, 2008 I filed a Notice of Removal and related documents in the above captioned case. Apparently, I must have clicked the payment button twice as my credit card ending in X1935 was charged $350 twice instead of once. I am requesting a refund of $350 for this transaction. Please contact me with any questions at 312-269-4071.

                                            Very truly yours,

                                            Rheaana T. Guess
                                            Associate, Jones Day

Attachment

CHI-1664024v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

----- Forwarded by Rheaana Guess/JonesDay on 08/13/2008 11:07 AM -----



Nelida_Finch@ilnd.uscourts.gov

07/17/2008 10:45 AM

To  rguess@jonesday.com
cc  Cynthia_Mercado@ilnd.uscourts.gov,
    Donna_Carey@ilnd.uscourts.gov,
    Emilia_Garcia@ilnd.uscourts.gov,
    Leticia_Pacheco@ilnd.uscourts.gov,
    Adam_Avalos@ilnd.uscourts.gov,
    Ryan_Edward_Murray@ilnd.uscourts.gov
Subject  Possible Duplicate Payment by Rheaana Towner Guess

Dear Counselor:

Our Internet Payment Report reflects that on July 15, 2008 you made two payments for $350.00 through pay.gov.

Receipt no. 2936253:           For this receipt no. we never received a complaint.

Receipt no. 2936349:           For this receipt no. we received a complaint and it was assigned
case no. 08cv4016.

If it was your intention to file two new cases, please call the Service Center at 312-435-5691, and someone will give you instructions on how to re-submit the complaint for receipt no. 2936253.

If it was not your intention to file another complaint, but paid twice by mistake, you can e-file a "Request for the Clerk of Court to Refund Filing Fee", which can be found under the "Other Documents" category. Please e-file the request in case no. 08cv4016, include your receipt numbers in the request, and indicate which one is the duplicate payment.

In the future, if you don't see that the complaint you e-filed is in case no. 07cv99999 call us before e-filing it again and someone from our office will walk you through the process of re-submitting it.

If you have any further questions, please feel free to call the Service Center at 312-435-5691.